■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN JACKSON, Appellant.—Judgment unanimously modified on the law by vacating the provision imposing probation and as modified affirmed. Memorandum: Defendant was adjudicated a youthful offender upon his pleas of guilty to two counts of criminally negligent homicide and was sentenced in October 1985 to one year in jail on the first count and to six months in jail and five years' probation on the second count. Penal Law § 65.00 prohibits a sentence of probation under these circumstances. (Appeal from judgment of Steuben County Court, Purple, J.—criminally negligent homicide.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.

■ GEORGE VAN LENGEN, Respondent, v ANN GLEZEN, Appellant.—Order unanimously affirmed with costs (see, Van Lengen v Parr, 136 AD2d 964). (Appeal from order of Supreme Court, Onondaga County, Donovan, J.—summary judgment.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BUTLER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Doyle, J.—grand larceny, second degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. SCHWARZE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—sexual abuse, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL SILVA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—conspiracy, fourth degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT COLEMAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—sodomy, first degree.) Present —Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.